UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **ASTRA OIL COMPANY, LLC**, a Delaware limited liability company, | Case No. 3:14-cv-1077-AA |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| **HYDRO SYNTEC CHEMICALS, INC.**, a Colorado corporation, and **DAVID K. K. TSANG**, an individual, | |
| Defendants. | |

Page 1 – **[PROPOSED] JUDGMENT**

## [PROPOSED] JUDGMENT

Judgment is hereby entered against defendant David Kok Kwong Tsang, and in favor of plaintiff Astra Oil Company, LLC, in the principle amount of $584,765.59, plus simple interest at the rate of 5.25% per annum running from the date of the entry of this Judgment.

Judgment is hereby entered against defendant Hydro Syntec Chemicals, Inc., and in favor of plaintiff Astra Oil Company, LLC, in the principle amount of $584,765.59, plus simple interest at the rate of 5.25% per annum running from the date of the entry of this Judgment.

Defendants David Kok Kwong Tsang and Hydro Syntec Chemicals, Inc. are jointly and severally liable for satisfaction of this judgment.

Plaintiff may move for its costs and attorneys' fees as appropriate pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, and may further apply for fees and disbursements from courts of appropriate jurisdiction, including those of British Columbia, Canada in connection with executing upon this judgment.

DATED: 9/23/2015

Hon. Judge Ann L. Aiken
Chief District Court Judge

SUBMITTED BY:
Clifford S. Davidson, OSB No. 125378
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway Ave Ste 1400
Portland, Oregon 97214

*22984-001\(02181689)

Page 2 – [PROPOSED] JUDGMENT

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130