UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **ASTRA OIL COMPANY, LLC,** a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**HYDRO SYNTEC CHEMICALS, INC.,** a Colorado corporation, and **DAVID K. K. TSANG**, an individual,<br><br>Defendants. | Case No. 3:14-cv-1077-AA<br><br>**ORDER, PURUSANT TO 28 U.S.C. § 1963, CERTIFYING JUDGMENT FOR REGISTRATION IN THE DISTRICT OF NEVADA, NORTHERN DISTRICT OF CALIFORNIA AND THE COURTS OF BRITISH COLUMBIA, CANADA** |

  The Judgment attached hereto was entered by this Court on September 23, 2015 (the "Judgment"). Pursuant to Federal Rule of Appellate Procedure 4(a), the time during which the parties may appeal from the Judgment expires on October 23, 2015.

  Pursuant to 28 U.S.C. § 1963, plaintiff Astra Oil Company, LLC ("Astra") moved *ex parte* for an order certifying the Judgment for registration in the District of Nevada, District of California and the courts of British Columbia, Canada prior to October 23, 2015. Astra submitted affidavits demonstrating to the Court's satisfaction that Defendants' assets are not located in this District but may be located in the District of Nevada, the Northern District of California and in Vancouver, British Columbia, Canada. See Columbia Pictures Television, Inc. v. Krypton Broadcasting of Birmingham, Inc.,

Page 1 – ORDER CERTIFYING JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

259 F.3d 1186, 1197-98 (9th Cir. 2001), <u>cert den.</u>, 534 U.S. 1127 (2002).

Therefore, for good cause showing, the Court HEREBY ORDERS:

The attached Judgment is certified for registration in the United States District Court for the District of Nevada, the United States District Court for the District of California, and in the Supreme or Provincial Courts of British Columbia, Canada, prior to expiration of the 30-day appeal period applicable to the Judgment.

IT IS SO ORDERED.

DATED this 14 day of October, 2015

_____
Hon. Ann Aiken
U.S. District Court Chief Judge

SUBMITTED BY:

Clifford S. Davidson, OSB 125378
SUSSMAN SHANK LLP
1000 SW Broadway Ste 1400
Portland, Oregon 97205
(503) 227-1111
cdavidson@sussmanshank.com
Attorneys for Plaintiff

*22984-001\PROPOSED ORDER TO WITHDRAW FUNDS AND DISBURSE (02134117);1

Page 2 – ORDER CERTIFYING JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT