UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

**ASTRA OIL COMPANY, LLC**, a Delaware limited liability company,

　　　　Plaintiff,

v.

**HYDRO SYNTEC CHEMICALS, INC.**, a Colorado corporation, and **DAVID K. K. TSANG**, an individual,

　　　　Defendants.

Case No. 3:14-cv-1077-AA

**ORDER AWARDING ATTORNEYS' FEES IN THE AMOUNT OF $76,605**

On October 7, 2015, Plaintiff Astra Oil Company, LLC ("Astra") filed a motion for attorneys' fees (Dkt. No. 96) (the "Motion").

Defendants did not file a response to the Motion.

On October 23, 2015, Astra filed a reply in support of its unopposed motion (Dkt. No. 104).

Having reviewed the moving papers, the evidence submitted therewith and the reply memorandum, the most recent Oregon State Bar Economic Survey, and considering the Court's own experience with respect to attorneys' fees in the District of Oregon, the Court finds as follows:

　　1. Astra is entitled to an award of attorneys' fees against Defendants

Page 1 – ORDER AWARDING ATTORNEYS' FEES

pursuant to Or. Rev. Stat. § 20.096 and because this action stems from an effort to collect on a judgment arising from a prior action in which attorneys' fees were awarded. *Fadel v. El-Tobgy*, 245 Or. App. 696, 703-710 (2011).

2. Mr. Davidson's rate of $300 per hour in this matter is reasonable for a ninth-year attorney with his skill and experience.
3. Mr. Caplan's rate of $450 per hour in this matter is reasonable for a fifty-year attorney with his skill and experience.
4. The number of hours billed by Mr. Davidson over the course of this litigation, 235.7, is reasonable.
5. The number of hours billed by Mr. Caplan over the course of this litigation, 13.1, is reasonable.

Therefore, it is hereby ORDERED:

Attorneys' fees in the requested amount of $76,605 are awarded in favor of Astra Oil Company, LLC, and jointly and severally against defendants Hydro Syntec Chemicals, Inc. and David Kok Kwong Tsang.

This Order is effective without further action from the Court or a separate document and will become final thirty days from the date on which this Order is entered unless a Notice of Appeal is properly filed.

IT IS SO ORDERED.

DATED this __3__ day of November, 2015

_____
Hon. Ann Aiken
U.S. District Court Chief Judge

Page 2 – ORDER AWARDING ATTORNEYS' FEES

SUBMITTED BY:

Clifford S. Davidson, OSB 125378
SUSSMAN SHANK LLP
1000 SW Broadway Ste 1400
Portland, Oregon 97205
(503) 227-1111
cdavidson@sussmanshank.com
Attorneys for Plaintiff

Page 3 – ORDER AWARDING ATTORNEYS' FEES